**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| RONNY JOSE VILORIA CAMPOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-02318-TLP-atc |
| v. | ) | |
| | ) | |
| TODD LYONS, WARDEN TRINITY MINTER, PAM BONDI, and KRISTI NOEM,[1] | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE,
DIRECTING CLERK TO SERVE PETITION AND MODIFY DOCKET,
AND DENYING MOTION FOR INJUNCTIVE RELIEF AS MOOT**

Pro se Petitioner Ronny Jose Viloria Campos,[2] a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee since December 17, 2025, petitions for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 2.)  He paid the filing fee on March 25, 2026.  (ECF No. 7.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The Court therefore respectfully **DIRECTS** the Clerk to add "**Christopher Bullock**" as Respondent and to terminate the currently named Respondents.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).

[2] Petitioner's Alien Registration Number is A 246-904-564.  (ECF No. 2 at PageID 2.)

1

following email address: **stuart.canale@usdoj.gov**.  Under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.[3]  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the grounds for challenge raised in the § 2241 Petition and Petitioner's requested relief (ECF No. 2 at PageID 3–5), the Court **ORDERS** Respondent to show cause in writing why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall do so within **ten (10) days** of service.

The Court **ORDERS** Petitioner to file a reply to Respondent's return within **fourteen (14) days** of service.  Petitioner may request an extension of time to reply if he moves for the extension on or before the due date of his reply.  The Court will set a hearing by separate order if necessary.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 31st day of March, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

---

[3] Petitioner also moves for a temporary restraining order, preliminary injunction, and stay of removal.  (ECF No. 3.)  Because the Court has already ordered Respondent to not remove Petitioner from this District, the Court **DENIES** the Motion as **MOOT**.